AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of New Jersey

| | |
|---|---|
| United States of America<br>v.<br>Michael Procopio<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.

    24-mj-7031

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___between Jan. 2022 and Feb. 2024___ in the county of _____Camden_____ in the

_____ District of _____New Jersey_____ , the defendant(s) violated:

| Code Section | Description of Offenses |
|---|---|
| 21 U.S.C. § 846 | See Attachment A. |

This criminal complaint is based on these facts:

See Attachment B.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Joseph Peeples, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

_____ telephone _____ *(specify reliable electronic means).*

Date: _____03/06/2024_____

_____
*Judge's signature*

City and state: _____Camden, New Jersey_____

Hon. Elizabeth A. Pascal, U.S. Magistrate Judge
*Printed name and title*

CONTENTS APPROVED .

UNITED STATES ATTORNEY


By: */s/Paul J. Koob*
Paul J. Koob, Trial Attorney

Date: March 6, 2024

2022R01031/PJK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Elizabeth A. Pascal |
| | : | |
| | : | |
| v. | : | **CRIMINAL COMPLAINT** |
| | : | |
| | : | |
| MICHAEL PROCOPIO, | : | **Mag. No.**    24-mj-7031 |
| FRANK PROCOPIO, and | : | 24-mj-7032 |
| ERICA HAINES | : | 24-mj-7033 |

I, Joseph Peeples, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**SEE ATTACHMENT A**

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this Complaint is based on the following facts:

**SEE ATTACHMENT B**

continued on the attached pages and made a part hereof.

_____
Joseph Peeples, Special Agent
Federal Bureau of Investigation

Special Agent Joseph Peeples attested to this Affidavit by telephone pursuant to F.R.C.P. 4.1(b)(2)(A) on this __ day of March 2024.

March 6, 2024, at
District of New Jersey

Hon. Elizabeth A. Pascal                    _____
United States Magistrate Judge              Signature of Judicial Officer

2022R01031/PJK

## ATTACHMENT A

### Count 1
### (Conspiracy to Distribute and Possess with
### Intent to Distribute Controlled Substances)

From at least in or around January 2022 through in or around February 2024, in the District of New Jersey, and elsewhere, defendants

**MICHAEL PROCOPIO,**
**FRANK PROCOPIO, and**
**ERICA HAINES**

knowingly and intentionally conspired and agreed with each other and others, known and unknown, to distribute and possess with intent to distribute a mixture and substance containing a detectible amount of oxycodone, a Schedule II controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

In violation of Title 21, United States Code, Section 846.

**ATTACHMENT B**

1.      I, Joseph Peeples, am a Special Agent with the Federal Bureau of Investigation. I am fully familiar with the facts set forth here based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, photographs, and additional evidence. Where statements of others are described, they are related in substance and part. Because this complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date and time, I am asserting that it took place on or about the date and time alleged.

## BACKGROUND ON CONTROLLED SUBSTANCES

2.      Unless otherwise indicated, at all times relevant to the Complaint, the Controlled Substances Act ("CSA"), codified in Title 21 of the United States Code, and its promulgating regulations, classified drugs into five schedules depending on a drug's acceptable medical use and its potential for abuse and dependency. Schedule I controlled substances, such as heroin, did not have an acceptable medical use, while Schedule II through Schedule V controlled substances did. Schedule II controlled substances, such as oxycodone, morphine, and methadone, and branded drugs containing those controlled substances, such as OxyContin, had a high potential for abuse, and abuse of such a drug or other substance could lead to severe psychological or physical dependence. The CSA authorized Schedule II through Schedule V controlled substances to be dispensed to individuals only by a valid prescription.

## PROBABLE CAUSE

### *Overview*

3.      Unless otherwise indicated, at all times relevant to this Complaint:

a.      Defendant MICHAEL PROCOPIO ("MICHAEL P.") was a resident of Philadelphia, Pennsylvania.

b.      Defendant FRANK PROCOPIO ("FRANK P.") was a resident of Philadelphia, Pennsylvania.

c.      Defendant ERICA HAINES ("HAINES") was a resident of Philadelphia, Pennsylvania.

d.      Individual 1 was a resident of Philadelphia, Pennsylvania.

e.      Individual 2 was a resident of Woodbury, New Jersey.

f.      Individual 3 was a resident of Blackwood, New Jersey.

g.      Individual 4 was a resident of Bellmawr, New Jersey.

h.      MICHAEL P., FRANK P., HAINES, and Individuals 1-4 were not physicians, did not work in the healthcare field, and could not legally prescribe or distribute opioids.

4.      MICHAEL P., FRANK P., and HAINES, engaged in the coordinated sale of oxycodone pills from January 2022 through February 2024. On at least nine occasions, which are described below, a paid confidential human source ("CHS") made controlled purchases of oxycodone 30 mg pills from the Defendants and other members of this conspiracy.

5.      In preparation for one of the controlled buys, HAINES told the CHS that MICHAEL P. and FRANK P. use doctors that they send people to for the purpose of obtaining prescription opioid pills, which MICHAEL P., FRANK. P., HAINES, and others then divert. On a different occasion, another member of the conspiracy, Individual 1, communicated with the CHS about the purchase of opioid pills and said that FRANK P. confirmed that he has access to pharmaceutical-grade oxycodone 30 mg pills and that Individual 1 could sell those pills to the CHS at a price of $40 per pill.

6.      Although on these nine occasions the CHS purchased these opioid pills in Philadelphia, Pennsylvania, the investigation has revealed that MICHAEL P. and FRANK P. obtain at least some of the opioid pills that they sell from individuals in New Jersey, as explained further below. Additionally, the investigation has revealed that MICHAEL P. sells opioid pills to individuals for redistribution in New Jersey.

7.      On or about February 15, 2024, agents executed search warrants on three properties located in the Philadelphia, Pennsylvania area, including MICHAEL P.'s residence, and seized six cell phones, including cell phones belonging to MICHAEL P., FRANK P., HAINES, Individual 1, and other members of the conspiracy. As outlined below, the evidence obtained from those searches, revealed that MICHAEL P. and FRANK P. provided opioid pills to HAINES and others for unlawful sale. Specifically, immediately before HAINES sold oxycodone pills to a CHS on September 7, 2023, October 24, 2023, November 8, 2023, November 29, 2023, and December 19, 2023, HAINES visited MICHAEL P.'s home. Toll information, text messages from co-conspirators' phones, and surveillance reveal that HAINES communicated with MICHAEL P. around and

during the time of these unlawful sales. Moreover, on October 12, 2023 and October 18, 2023, toll information, text messages, and surveillance reveal that Individual 1 communicated with and visited FRANK P. around and during the time of these unlawful sales.

### *Controlled Purchases*

<u>September 7, 2023 Controlled Purchase</u>

8.      On September 7, 2023, HAINES communicated with the CHS to arrange for the sale of oxycodone pills. Via text messages, HAINES wrote "How many 30's do you need? $50p." Approximately an hour before the sale, toll analysis shows that HAINES and MICHAEL P. contacted each other four times on September 7. On that same date, at the direction of law enforcement, the CHS purchased oxycodone pills from HAINES during an audio and video recorded controlled purchase that was also observed in real time by FBI agents. Before the sale, law enforcement observed HAINES enter MICHAEL P.'s home and saw both HAINES and MICHAEL P. together as they left. After leaving MICHAEL P.'s home, HAINES entered the CHS's vehicle. During the transaction, HAINES complained that dealing with MICHAEL P. and FRANK P. has her "sitting around with thousands of dollars waiting on them." The transaction took place within a car, and, in exchange for U.S. currency, HAINES sold to the CHS ten round, light blue pills with a stamped "M" on one side and "30" on the other. Based on my training and experience, as well as publicly available sources that identify marked prescription pills with M30 as an oxycodone product produced by a pharmaceutical company headquartered in St. Louis, Missouri, the pills sold were oxycodone 30 mg pills. Agents searched the CHS for contraband before and after the controlled purchase, with negative results (other than the drugs obtained during the controlled purchase). Toll analysis of HAINES's phone shows she and MICHAEL P. contacted each other 40 times on September 7.

<u>October 12, 2023 Controlled Purchase</u>

9.      On October 12, 2023, Individual 1 texted MICHAEL P. "u around need nice amount [sic] at 545 im gone to phils game at 6 so ima try see u before i go." MICHAEL P. responded, "Don't have none see [FRANK P.]" On or about October 12, 2023, at the direction of law enforcement, a CHS purchased oxycodone pills from Individual 1 during an audio and video recorded controlled purchase that was also observed in real time by FBI agents. Before the transaction, Individual 1 said that he is paying FRANK P. "40 apiece." The transaction, in which the CHS provided U.S. currency in exchange for oxycodone pills, took place inside a car, and the CHS then asked if Individual 1 could procure an additional 12 pills. Individual 1 left the vehicle and returned to sell the additional pills to the CHS at the driver's side window. The CHS provided cash to Individual 1 as part of the sale. Toll data shows that around the time of the sale, Individual 1 communicated with FRANK P. and MICHAEL P. After the

4

sale, agents observed Individual 1 give cash to FRANK P. Agents searched the CHS for contraband before and after the controlled purchase, with negative results (other than the drugs obtained during the controlled purchase). Lab testing results revealed that the pills contained oxycodone.

### October 18, 2023 Controlled Purchase

10.    On October 16 and October 18, Individual 1 communicated with a CHS about the purchase of opioid pills and confirmed a meeting for the sale of opioid pills. Individual 1 then called the CHS to confirm how many "t-shirts" the CHS wanted to purchase and instructed the CHS to "pull right near where [FRANK P.] is." Based on my training and experience and my knowledge of the investigation, "t-shirts" is coded language for opioid pills. On or about October 18, 2023, at the direction of law enforcement, the CHS purchased oxycodone pills from Individual 1 during an audio and video recorded controlled purchase that was also observed in real time by FBI agents. The transaction, in which the CHS provided U.S. currency in exchange for oxycodone pills, took place within a car, and Individual 1 sold to the CHS what appeared to be 30 oxycodone 30 mg pills. A surveillance team then observed Individual 1 leave the CHS's vehicle and provide cash to FRANK P. After the sale, the CHS met with the agents. Toll data shows that around the time of the sale, Individual 1 communicated with FRANK P. Agents searched the CHS for contraband before and after the controlled purchase, with negative results (other than the drugs obtained during the controlled purchase). Lab testing results revealed that the pills contained oxycodone.

### October 20, 2023 Controlled Purchase

11.    On October 19, HAINES communicated with a CHS about the purchase of opioid pills. During a recorded phone call, HAINES stated, "I am dealing with Michael [P]. Michael [P.] just got them and told me he needs to know how many to put aside or he's getting rid of them." HAINES explained that she will text MICHAEL P., and HAINES and the CHS confirmed they would meet on October 20.

12.    On or about October 20, 2023, law enforcement observed HAINES meet with MICHAEL P. and appear to exchange cash. HAINES then made her way to the CHS's vehicle. At the direction of law enforcement, the CHS purchased oxycodone pills from HAINES during an audio and video recorded controlled purchase that was also observed in real time by FBI agents. The transaction took place within a car and HAINES sold to the CHS 36 oxycodone 30 mg pills. After the sale, law enforcement observed HAINES meet with MICHAEL P. again, and saw MICHAEL P. count money. Agents searched the CHS for contraband before and after the controlled purchase, with negative results (other than the drugs obtained during the controlled purchase). After the sale, the CHS produced 19

round, light blue pills with a stamped "M" on one side and "30" on the other and 17 round, blue pills with a stamped "A" and "51" on the same side. Based on my training and experience, as well as publicly available sources that identify marked prescription pills with M30 and A51 as oxycodone products produced by pharmaceutical companies headquartered in St. Louis, Missouri and Bridgewater, New Jersey, respectively, both types of pills sold were oxycodone 30 mg pills.

<u>October 24, 2023 Controlled Purchase</u>

13.    On or about October 24, 2023, at the direction of law enforcement, a CHS purchased oxycodone pills from HAINES during an audio and video recorded controlled purchase that was also observed in real time by FBI agents. Before the sale, the CHS picked up HAINES and asked if MICHAEL P. could sell 44 oxycodone pills. HAINES responded, "yeah, that's why we have to meet him at his house." When they arrived, law enforcement observed HAINES meet with MICHAEL P. in front of MICHAEL P.'s residence before entering the CHS's vehicle. The transaction took place within a car and HAINES sold to the CHS 44 oxycodone 30 mg pills. Agents searched the CHS for contraband before and after the controlled purchase, with negative results (other than the drugs obtained during the controlled purchase). Lab testing results revealed that the pills contained oxycodone.

<u>November 1, 2023 Controlled Purchase</u>

14.    On October 29, 2023, HAINES communicated with a CHS about the sale of opioid pills. The two discussed "biggies" from "Mike," referring to MICHAEL P. HAINES asked if the CHS wanted 60, referring to the quantity of oxycodone pills, and the CHS confirmed.

15.    On or about November 1, 2023, at the direction of law enforcement, the CHS purchased oxycodone pills from HAINES during an audio and video recorded controlled purchase that was also observed in real time by FBI agents. The CHS picked up HAINES, and HAINES directed the CHS to drive to another location. During the drive, HAINES explained, "Mike is making me deal with [another individual]," an individual HAINES explained is MICHAEL P.'s "right hand." HAINES exited the vehicle, briefly entered a house, exited, and then entered the CHS's vehicle to sell 52 oxycodone 30 mg pills to the CHS. During the transaction, HAINES remarked that FRANK P. and MICHAEL P. obtain their pills from doctors in the area. The transaction took place within a car. Law enforcement searched the CHS for contraband before and after the controlled purchase, with negative results (other than the drugs obtained during the controlled purchase). Lab testing results revealed that the pills contained oxycodone.

### November 8, 2023 Controlled Purchase

16.    On or about November 3, 2023, HAINES told the CHS that MICHAEL P. could provide opioid pills before leaving town at a price of $48 per pill for 50 or more pills.

17.    On or about November 8, 2023, at the direction of law enforcement, the CHS purchased oxycodone pills from HAINES during an audio and video recorded controlled purchase that was also observed in real time by FBI agents. The CHS picked up HAINES, and HAINES confirmed they had "to go to his house." When asked, HAINES confirmed "his" referred to MICHAEL P. The CHS drove HAINES to MICHAEL P.'s residence. HAINES entered the residence, exited, and climbed back into the CHS's vehicle. The transaction took place within a car and HAINES sold to the CHS 62 oxycodone 30 mg pills. Agents searched the CHS for contraband before and after the controlled purchase, with negative results (other than the drugs obtained during the controlled purchase). Lab testing results revealed that the pills contained oxycodone.

### November 29, 2023 Controlled Purchase

18.    On November 27, 2023, HAINES texted a CHS that "Mike [MICHAEL P.] texted" her and asked if the CHS "need[ed] anything."

19.    On or about November 29, 2023, at the direction of law enforcement, the CHS purchased oxycodone pills from HAINES during an audio and video recorded controlled purchase that was also observed in real time by FBI agents. Before the sale, HAINES communicated with the CHS about the sale of opioid pills. HAINES and MICHAEL P. contacted each other seven times before the sale. HAINES confirmed with the CHS that HAINES would sell 48 oxycodone 30 mg pills obtained from MICHAEL P. and told the CHS to give MICHAEL P. notice before the next buy for MICHAEL P. to put the pills aside. The CHS drove HAINES to MICHAEL P.'s residence. HAINES entered the residence, exited, and climbed back into the CHS's vehicle. The transaction took place inside a car, and HAINES appeared to sell the CHS 48 oxycodone 30 mg pills. Agents searched the CHS for contraband before and after the controlled purchase, with negative results (other than the drugs obtained during the controlled purchase). Lab testing results revealed that the pills contained oxycodone.

### December 19, 2023 Controlled Purchase

20.    On or about December 19, 2023, at the direction of law enforcement, a CHS purchased oxycodone pills from HAINES during an audio and video recorded controlled purchase that was also observed in real time by FBI agents. HAINES entered the CHS's vehicle and confirmed that MICHAEL P. could fill an order of as many as 150 to 160 oxycodone pills. HAINES explained that MICHAEL P. puts "30s", referring to oxycodone 30 mg pills, aside for her. The

CHS then drove HAINES to MICHAEL P.'s residence. HAINES entered the residence, exited, and climbed back into the CHS's vehicle. The transaction took place inside a car, and HAINES appeared to sell the CHS 69 oxycodone 30 mg pills. Agents searched the CHS for contraband before and after the controlled purchase, with negative results (other than the drugs obtained during the controlled purchase). After the sale, the CHS produced 37 round, light blue pills with a stamped "M" on one side and "30" on the other and 32 round, blue pills with a stamped "A" and "51" on the same side. Based on my training and experience, as well as publicly available sources that identify marked prescription pills with M30 and A51 as oxycodone products produced by pharmaceutical companies headquartered in St. Louis, Missouri and Bridgewater, New Jersey, respectively, both types of pills sold were oxycodone 30 mg pills.

### *Search Warrants*

21.    On February 15, 2024, agents executed search warrants at several locations, including MICHAEL P.'s home. During the search of MICHAEL P.'s home, agents found his cell phone that he used to communicate with HAINES to set up the controlled buys with the CHS. Agents also spoke to MICHAEL P., who led them to a hollowed-out dictionary containing a safe and provided a key to open that safe. The safe contained the following controlled substances:

    a.      85 oxycodone 30 mg pills;
    b.      43 oxycodone 15 mg pills;
    c.      12 amphetamine and dextroamphetamine 30 mg pills;
    d.      4 alprazolam 1 mg pills; and
    e.      30 methadone hydrochloride 10 mg pills.

Agents also seized $10,543 from MICHAEL P.'s home during the search. During the voluntary interview, MICHAEL P. confessed to selling oxycodone. MICHAEL P. also stated, "take me to jail, take me to jail," "I fucked up," and "if you come back here, I'm fucked, I'm going to go to jail."

22.    Around the time of the search, agents also interviewed FRANK P. Although FRANK P. claimed to have a valid prescription for oxycodone 30 mg pills, he claimed that he was addicted to those medications and that he never sold any of "his" pills. When asked if he had sold other people's pills, FRANK P. said he did not wish to talk about that.

### *Venue*

23.    The investigation has revealed that both MICHAEL P. and FRANK P. obtain at least some of their opioid pills that they unlawfully distribute from individuals in New Jersey.

24. For example, when agents seized her phone, HAINES told agents that FRANK P. obtains his oxycodone pills from an individual in New Jersey and that MICHAEL P. gets his pills and prescriptions from the same person as FRANK P.

25. Additionally, Individual 2, who resides in Woodbury, New Jersey, filled prescriptions for 120 oxycodone 15 mg at pharmacies in Woodbury, New Jersey, from January 2019 until June 2022. Toll analysis shows that, soon after Individual 2 filled Individual 2's prescriptions, Individual 2 communicated with MICHAEL P. Individual 2 did not communicate with MICHAEL P. other than around the time that Individual 2 filled those prescriptions in New Jersey. Further, during the search of MICHAEL P.'s home, agents located 43 oxycodone 15 mg pills. According to prescribing data, MICHAEL P. has not been prescribed oxycodone 15 mg pills.

26. Further, the investigation has revealed that individuals from New Jersey purchase opioid pills from MICHAEL P. for the purpose of redistributing them in New Jersey.

27. For example, Individual 3, an individual known by law enforcement to unlawfully distribute controlled substances in New Jersey, was captured in a recorded conversation with another CHS stating that he can visit "the mute" to purchase oxycodone for redistribution in New Jersey. MICHAEL P. is unable to hear. Thus, based upon my knowledge of the investigation, the reference to "the mute" is a coded reference to MICHAEL P. During surveillance, law enforcement saw Individual 3 drive from New Jersey to MICHAEL P.'s home in Philadelphia, Pennsylvania and return to New Jersey.

28. Similarly, Individual 4, who resides in Bellmawr, New Jersey, admitted during an interview with law enforcement to buying opioid pills from MICHAEL P. for approximately one year. Individual 4 worked at an addiction recovery center in Clementon, New Jersey. According to Individual 4, Individual 4 purchased opioid pills from MICHAEL P. because Individual 4 knew the pills were pharmaceutical grade and did not contain fentanyl. Individual 4 said that Individual 4 spent up to $500 per day on oxycodone 30 mg pills from MICHAEL P. MICHAEL P. provided a discount to Individual 4. Based on my training and experience, drug dealers will provide discounts to frequent customers purchasing large quantities of controlled substances. Individual 4 told law enforcement that in approximately August 2023, MICHAEL P. contacted Individual 4 about the purchase of controlled substances.

Respectfully submitted,

_____
Joseph Peeples
FBI Special Agent

Pursuant to Fed. R. Crim. P. 4.1, FBI Special Agent Joseph Peeples was sworn and attested to the contents of this affidavit in support of the criminal complaint.

_____
HON. ELIZABETH A. PASCAL          Date: 3/6/24
United States Magistrate Judge

10